**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-1519**

_____

SALLY EMILY BOARMAN,

                Plaintiff - Appellant,

       v.

NANCY A. BERRYHILL, Acting Commissioner,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge.  (1:17-cv-01175-ELH)

_____

Submitted:  December 21, 2018                Decided:  January 15, 2019

_____

Before WILKINSON and FLOYD, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Sally Emily Boarman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sally Emily Boarman appeals the district court's order granting summary judgment to the Defendant in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Boarman v. Berryhill*, No. 1:17-cv-01175-ELH (D. Md. filed Apr. 2, 2018; entered Apr. 3, 2018).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* To the extent that Boarman is attempting to appeal the district court's 2015 orders in *Boarman v. Colvin*, No. 1:14-cv-04028-GLR (D. Md. Dec. 15, 2015; Oct. 28, 2015), we dismiss the appeal as untimely. *See* Fed. R. App. P. 4(a)(1)(B).